149 F.3d 1164
 Edgar Flowers
v.
Martin Horn, Commissioner Pennsylvania Department of
Corrections, Gregory White, Superintendent SCIP, Mr. Good,
Deputy Superintendent, Mr. Watson, Jr., Clothing Manager,
SCIP, Major Holzer, SCIP, Captain McConnell, SCIP, Seargant
Robert SKLF, SCIP, Lt. Fierrer, Security Officer, SCIP
 NO. 96-3732
 United States Court of Appeals,
Third Circuit.
 March 2, 1998
 
 Appeal From: W.D.Pa. ,No.96cv01641 ,
 Lee, J.
 
 
 1
 Affirmed.